UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 09-TP-20133-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JUAN ERLES GONZALEZ,
    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO ALLOW THE DEFENDANT TO TRAVEL FOR WORK PURPOSES

THIS MATTER came before the Court by virtue of the Defendant's Unopposed Motion to Allow the Defendant to Travel for Work Purposes (D.E. #6) filed on October 22, 2009. After careful review of the Defendant's Motion and the United States Probation Office's memorandum dated October 27, 2009, it is hereby;

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion is granted.

DONE AND ORDERED in chambers in Miami, Florida this __3rd__ day of November, 2009.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record
    U.S. Probation Officer